[No. 59058-8-I.   Division One.   December 31, 2007.]

RACHEL NAIDU, *Individually and as Personal Representative, Appellant*, v. DES MOINES VISTA ASSISTED LIVING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-36742-3, Brian D. Gain, J., entered October 4, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Baker and Cox, JJ.

[No. 60638-7-I.   Division One.   December 31, 2007.]

ALEXANDER GOW, INC., *Respondent*, v. JAIN CANNARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-19929-2, Cheryl B. Carey, J., entered September 27, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 34979-5-II.   Division Two.   January 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOSEPH DARREN MICELI, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 03-1-00052-9, Leonard W. Costello, J., entered May 19, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 35404-7-II.   Division Two.   January 2, 2008.]

ARNOLD MELNIKOFF, *Appellant*, v. THE WASHINGTON STATE PATROL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-01697-1, Wm. Thomas McPhee, J., entered September 8, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Armstrong, J.